UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>Chief United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

September 17, 2025

MEMORANDUM TO COUNSEL RE:     Hoffman v. Hoover et al.
                              Civil Action No. GLR-17-2431

Dear Counsel:

    The Court is in receipt of a letter from Plaintiff Michael J. Hoffman, dated September 2, 2025, in which Hoffman requests reimbursement of his filing fees because he "is in desperate need[] of funds to get personal items and legal papers to support his claims in the Circuit Court for Baltimore County." (Letter at 1, ECF No. 113). For the reasons that follow, Hoffman's request will be denied.

    It is well settled that "a plaintiff's obligation to pay the filing fee is incurred at the time the action is filed." Fox v. Samuels, No. CIV.A. 1:12-0242, 2012 WL 3156580, at *2 (S.D.W.Va. July 13, 2012), report and recommendation adopted, No. CIV.A. 1:12-0242, 2012 WL 3156573 (S.D.W.Va. Aug. 3, 2012); see, e.g., Green v. Bank of America, No. 2:12-cv-02093-GED-CKD PS, 2012 WL 5032414, at *1 (E.D.Cal. Oct. 17, 2012) (denying refund of filing fee after pro se plaintiff voluntarily dismissed complaint under Rule 41 (a)). Here, Plaintiff Hoffman initiated this lawsuit on August 24, 2017 (ECF No. 1), at which point he became responsible for the filing fee. Hoffman provides no citation to any authority that permits the refund of the filing fee in this case. Accordingly, his Request for Reimbursement of Filing Fee (ECF No. 113) is DENIED. Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

      /s/
George L. Russell, III
Chief United States District Judge